UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK BAILEY (#363958)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION NO.

14-271-SDD-RLB

RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, the *Report and Recommendation*[2] dated July 6, 2015, the *Objection*[3] filed by Plaintiff on July 16, 2015, and the *Supplemental Report and Recommendation*[4] dated August 27, 2015 of United States Magistrate Judge Richard L. Bourgeois, Jr., to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant, Kevin Curley, shall be dismissed without prejudice for failure of the Plaintiff to timely serve this Defendant as mandated by Fed. R. Civ. P. 4(m). Further, the Plaintiff's *Motion for Summary Judgment*[5] shall be denied, and the *Motions for Summary Judgment*[6] of Defendants, Burl Cain and John Sanders, shall be granted, dismissing the Plaintiff's *Complaint* as untimely.

Baton Rouge, Louisiana the 22 day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 33.
[3] Rec. Doc. 34.
[4] Rec. Doc. 38.
[5] Rec. Doc. 30.
[6] Rec. Docs. 23 and 29.